**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CRISTA MARIE HAZELY and
KATHRYN MCCARTHY,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No: 6:21-cv-317-WWB-DCI

GERBER PRODUCTS CO.,

      Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on March 16, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record